JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD TEI,<br><br>               Plaintiff,<br>    v.<br><br>LOS ANGELES DEPARTMENT<br>OF CHILD AND FAMILY<br>SERVICES et al.,<br><br>               Defendants. | Case No. 2:20-cv-06559-JAK (MAA)<br><br>**JUDGMENT** |

Pursuant to the Order of Dismissal filed herewith,

IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED: October 30, 2020

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE